UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**STELLA S. DeLAY**                                             **CIVIL ACTION**

**VERSUS**                                                      **NO. 08-790**

**SOCIAL SECURITY ADMINISTRATION, Commissioner**                **SECTION "I" (3)**

### REPORT AND RECOMMENDATION

On January 30, 2008, pro se plaintiff, Stella DeLay ("DeLay"), filed the captioned matter appealing the determination by the Commissioner of the Social Security denying her application for benefits.  The case was automatically referred to the undersigned Magistrate Judge.  On May 14, 2008 and thereafter on June 18, 2008, the matter came on for a show cause hearings to determine why the case should not be dismissed for failure to prosecute.   For reasons set forth below, the Court RECOMMENDS that the plaintiff's case be dismissed for failure to prosecute.

As previously mentioned, the instant case was filed on January 30, 2008.  On April 22, 2008, the undersigned issued a Rule to Show Cause (Doc #3) ordering the plaintiff to appear and show cause why she has failed to comply with the requirements of Rule 4(m) and properly served the defendant.  On May 14, 2008, plaintiff appeared and was instructed that the matter would be passed for thirty (30) days, but that in the interim she must serve the defendant.  Plaintiff was directed to

1

the Pro Se Desk for instructions regarding compliance with the requirement of properly serving the defendant in this case. *Via* minute entry order dated May 14, 2008 (Doc. # 4), the undersigned set a second Rule to Show Cause noting that the case would be called again on June 18, 2008 and that plaintiff must appear in person and report on the status of her case. On June 18, 2008, the captioned matter was called and plaintiff failed to appear for the scheduled hearing. See Minute Entry dated June 18, 2008. A review of the record fails to indicate that service has been effected upon the defendant. Indeed, the record of this case demonstrates the opposite since the one summons issued by the plaintiff was returned unexecuted. *See* Summons (Doc. #6). Moreover, the plaintiff has been instructed by the undersigned that the failure to comply with the service requirements of Fed. R. Civ. P. 4(m) would result in the issuance of a report to the district judge, recommending that her case be dismissed for failure to prosecute. As of this date, the plaintiff has failed to comply with the Court's order.

Accordingly,

**IT IS RECOMMENDED** that the plaintiff's case be DISMISSED for failure to prosecute.

### **OBJECTIONS**

A party's failure to file written objections to the findings, conclusions and recommendations of a magistrate judge's report and recommendation within ten (10) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district judge, provided that the party has been served with notice that such consequences will result from a failure

to object. *Douglass v. United Services Automobile Association,* 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

New Orleans, Louisiana this **18th** day of June, 2008.

_____
**DANIEL E. KNOWLES, III**
**UNITED STATES MAGISTRATE JUDGE**