UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **STELLA DeLAY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 08-790** |
| **SOCIAL SECURITY ADMINISTRATION, Commissioner** | **SECTION "I" (3)** |

### O R D E R

The Court, after considering the record, the applicable law, and the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation, and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the plaintiff's case is DISMISSED FOR FAILURE TO PROSECUTE.

New Orleans, Louisiana, this ___14th___ day of July, 2008.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE